DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
MAY – 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
  KIMBER LEA HIGHT

Chapter 13
Case No. 08-1-1086 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the
Court, unclaimed creditor payments in the amount of $135.76 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 009 | TRIAD FINANCIAL CORPORATION<br>5201 RUFF SNOW DR , STE 400<br>NORTH RICHLAND HILLS, TX 76180-0000 | $135.76 |

Dated:   May 4, 2011

_____
CECILIA MARCELO
Receipts Administrator